UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
AUGUST IMAGE, LLC.,                                             :
                                                                :     **ORDER TERMINATING OPEN**
                                         Plaintiff,             :     **MOTION**
            -against-                                           :
                                                                :     23-cv-4181
RUNWAYRIOT, LLC.,                                               :
                                                                :
                                         Defendant.             :
                                                                :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Clerk is instructed to terminate the open motion at ECF No. 18 as moot in light of the Amended Complaint at ECF No. 24 and Motion to Dismiss at ECF No. 25.

       SO ORDERED.

Dated:     March 18, 2024          /s/ Alvin K. Hellerstein_____
             New York, New York       ALVIN K. HELLERSTEIN
                                            United States District Judge